*eral Perlman* and *Robert N. Denham* filed a memorandum for the National Labor Relations Board, as *amicus curiae,* supporting the petition.

No. 438. ORDER OF RAILWAY CONDUCTORS OF AMERICA *v.* SOUTHERN RAILWAY Co. Supreme Court of South Carolina. Certiorari granted. *V. C. Shuttleworth, Harry E. Wilmarth* and *Frederick H. Horlbeck* for petitioner. *Nath B. Barnwell, Frank G. Tompkins, Henry L. Walker, W. S. Macgill* and *Sidney S. Alderman* for respondent.

*Certiorari Denied.* (*See also No. 179, Misc., supra.*)

No. 410. RYAN STEVEDORING Co., INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *John C. Crawley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Leavenworth Colby* for the United States.

No. 412. SHIELDS ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for respondents.

No. 413. NATIONAL LABOR RELATIONS BOARD *v.* OHIO POWER Co. C. A. 6th Cir. Certiorari denied. *Solicitor General Perlman* and *Robert N. Denham* for petitioner. *Ralph W. Wilkins* for respondent.

No. 423. INTERSTATE EQUIPMENT CORP. *v.* HARTFORD ACCIDENT & INDEMNITY Co., TO THE USE OF SILVA ET AL.